# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD A. NEWTON, SR., *Individually and on behalf of a Class of Individuals Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.:<br>1:20-cv-02001-AT |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR BRIGHTHOUSE LIFE INSURANCE COMPANY

**COMES NOW** Defendant Brighthouse Life Insurance Company ("Brighthouse") and, pursuant to L.R. 83.1(E)(3), hereby consents to the withdrawal of Elizabeth J. Bondurant as counsel for Brighthouse Life Insurance Company in the above-styled action. Brighthouse has been advised of the items set forth in L.R. 83.1(E)(2)(b)(B) through (H), and Brighthouse will continue to be represented by Womble Bond Dickinson (LLP) and Simpson Thacher. As evidenced by its signature below, Brighthouse consents to the withdrawal.

*[Signature on next page.]*

Respectfully submitted, this 1st day of December, 2022.

/s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
/s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

WOMBLE BOND DICKINSON (US) LLP
271 17th Street NW, Suite 2400
Atlanta, Georgia 30363
Telephone:  (404) 872-7000
Facsimile:   (404) 888-7490
lisa.bondurant@wbd-us.com

*Attorney for Defendant*
*Brighthouse Life Insurance Company*

CONSENTED TO:

By: _____, in house counsel for Brighthouse Life Ins. Co.
Brighthouse Life Insurance Company

2

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, ND Ga. and Standing Order No. 16-01, the within and foregoing CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR BRIGHTHOUSE LIFE INSURANCE COMPANY is prepared in Times New Roman, 14 point and was filed using the CM/ECF system, which will automatically give notice by electronic means to the following attorneys of record:

| | |
|---|---|
| Roy E. Barnes, Esq.<br>J. Cameron Tribble, Esq.<br><br>BARNES LAW GROUP<br>31 Atlanta Street<br>Marietta, Georgia 30061<br>Telephone: (770) 227-6375<br>Facsimile: (770) 227-6373<br>roy@barneslawgroup.com<br>ctribble@barneslawgroup.com<br><br>*Attorneys for Plaintiff* | Joseph M. McLaughlin *(pro hac vice)*<br>Joshua C. Polster *(pro hac vice)*<br>Anthony C. Piccirillo *(pro hac vice)*<br>Amy Dawson *(pro hac vice)*<br><br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>jmclaughlin@stblaw.com<br>joshua.polster@stblaw.com<br>anthony.piccirillo@stblaw.com<br>amy.dawson@stblaw.com<br><br>*Attorneys for Brighthouse Life Insurance Company* |

This 1st day of December, 2022.

*/s/ Elizabeth J. Bondurant*
Elizabeth J. Bondurant