IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD A. NEWTON SR., Individually and on behalf of a Class of Individuals Similarly Situated, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| BRIGHTHOUSE LIFE INSURANCE COMPANY, | : : : | CIVIL ACTION NO. 1:20-cv-2001-AT |
| Defendant. | : | |

## **ORDER**

Before the Court is Plaintiffs' "Motion for Approval of Form and Manner of Class Notice." [Doc. 173]. The Court provided some edits to the parties' joint proposed "Revised Class Notice" (Doc. 176-2) and attached its revisions as Attachment A to the Court's Order issued on December 8, 2025. (Doc. 177). The Court's December 8th Order also included a list of outstanding questions that required clarification prior to approving the class notice. (*Id.*). The parties met with the Court via teleconference on December 11, 2025 to discuss these questions. In advance of the teleconference, the parties filed a response containing answers to the Court's questions. (Doc. 178). The response also informed the Court that the parties accepted the Court's proposed revisions to the class notice. (*Id.*).

After thoroughly reviewing and discussing the parties' notice plan, the Court **APPROVES** the class notice and exclusion form that were attached as Attachment A to the Court's December 8th Order (Doc. 177), with two small changes that the parties agreed to make during the December 11th teleconference: (1) the font type in the notice will be Arial instead of Times New Roman; and (2) the document will contain page numbers. Further, as agreed to during the teleconference, the Court **DIRECTS** the parties to file a Status Report with the Court within 45 days after mailing the notices. The Status Report should apprise the Court of the following: (1) the number of class members who were successfully notified; (2) the number of class members whose notices were returned as undeliverable; (3) if the parties have an alternative plan to notify those members whose notices were returned; and (4) any other pertinent information that the Court should be made aware of in connection with class notification and opt outs in this matter.

      **IT IS SO ORDERED** this 11th day of December, 2025.

      _____
**Amy Totenberg
United States District Judge**